## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01977-WDM-KMT

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,

      Defendant.

---

## STIPULATION OF DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties who have entered an appearance have agreed that this action is dismissed with prejudice.  Each side shall bear its own costs and fees.  The Court's Scheduling Conference currently set for January 15, 2010 may be vacated.

Respectfully submitted,

Dated: January 6, 2010

/s/ James J. Tutchton
James J. Tutchton
WildEarth Guardians
1536 Wynkoop Street, Suite 301
Denver, Colorado 80202
Phone: 720-301-3843
E-Mail: jtutchton@wildearthguardians.org

*Attorney for Plaintiff*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief


*/s/ Daniel J. Pollak*
DANIEL J. POLLAK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
Email: daniel.pollak@usdoj.gov

*Attorneys for Defendant*